# COHEN, WEISS AND SIMON LLP

COUNSELLORS AT LAW

330 WEST 42ND STREET

NEW YORK, N.Y. 10036-6976

(212) 563-4100

WRITER'S DIRECT INFORMATION:

PHONE: (212) 356-0232
FAX: (646) 473-8232
E-MAIL: CTUCK@CWSNY.COM

SAMUEL J. COHEN (1908-1991)
HENRY WEISS (1910-2004)

BRUCE H. SIMON
ROBERT S. SAVELSON
STEPHEN B. MOLDOF
MICHAEL E. ABRAM
KEITH E. SECULAR
PETER HERMAN
RICHARD M. SELTZER
JAMES L. LINSEY*
JANI K. RACHELSON
BABETTE CECCOTTI*
SUSAN DAVIS*
MICHAEL L. WINSTON
THOMAS N. CIANTRA
JOSEPH J. VITALE*
PETER D. DECHIARA
LISA M. GOMEZ*
BRUCE S. LEVINE
JAMES R. GRISI*
ELIZABETH O'LEARY
TRAVIS M. MASTRODDI
MANLIO DIPRETA

COUNSEL
STANLEY M. BERMAN

EYAD ASAD
ROBIN H. GISE
ORIANA VIGLIOTTI
DAVID R. HOCK*
CLAIRE TUCK*
BRADLEY J. SOLLARS
RICHARD C. HARMON
MARCELLE J. HENRY

NEW JERSEY OFFICE
206 CLAREMONT AVENUE
MONTCLAIR, N.J. 07042
(973) 509-0011

* ALSO ADMITTED IN NJ

June 13, 2008

<u>By Fax and Mail</u>

Honorable Peter G. Sheridan, U.S.D.J.
United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building and U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

  Re: Katz v. Communication Workers of American, AFL/CIO, CLC et al.; Case No. <u>2:08-cv-02395 (PGS/ES)</u>

Dear Judge Sheridan:

  This office is counsel to defendant Communications Workers of America, AFL/CIO, CLC ("CWA") and all other defendants in the above-noted case (the "Union Defendants")[1], except five defendants who are represented by the firm of Carmagnola & Ritardi, LLC.[2] I am sending this letter to you on behalf of all 30 defendants in this case.

---

[1] The Union Defendants represented by Cohen, Weiss and Simon LLP are: Communication Workers of America, AFL/CIO, CLC, Christopher Shelton, Robert Master, Larry Cohen, Barbara Easterling, Jeffrey Rechenbach, David A. Palmer, Peter G. Catucci, Noah Savant, Seth Rosen, Andy Millburn, Annie Hill, Anthony Bixler, Jim Short, Patricia Friend, Ralph Maly, Jim Clark, William J. Boarman, Brooks W. Sunkett, John S. Clark, Linda Foley, Jimmy Gurganus, Nestor Soto, Claude Cummings, and Madelyn Elder. Cohen, Weiss and Simon LLP also represents Carolyn Wade in her capacity as a member of the CWA Executive Board.

[2] Carmagnola & Ritardi, LLC represents defendants Hetty Rosenstein, Carolyn Wade, John Rose, James Marketti, and Thomas Palermo.



00124018.DOC.1

COHEN, WEISS AND SIMON LLP

Peter G. Sheridan
June 13, 2008
Page 2

By this letter (submitted pursuant to your Individual Rules), defendants request that they be given until August 4, 2008 by when they may answer or otherwise respond to the complaint. Plaintiff consents to this request.

As of the date of this letter, six of the 30 defendants have been served with a summons and the complaint in this case. Two of the defendants who have been served (Robert Master and Christopher Shelton) currently have until June 16, 2008 to respond to the complaint; the other four served defendants currently have responses due as follows: Hetty Rosenstein - June 22; John Rose - June 24; Thomas Palermo and Carolyn Wade - June 25. The other 24 defendants have not yet been served; counsel for defendants, however, have agreed to accept service of process on behalf of these defendants.

The 29-page 106-paragraph complaint sets forth numerous allegations against the various defendants. Defendants' request for an August 4, 2008 response date is based on their need to conduct an appropriate review and formulate a suitable response to these allegations.

No prior requests have been submitted by defendants for adjournments or extensions for responding to the complaint; moreover, because no dates have been scheduled in this case, the requested August 4 date (for responding to the complaint) does not affect any other scheduled dates.

Based on the above, defendants respectfully submit this request -- for approval by your Honor -- that defendants be provided until August 4, 2008 to respond to the complaint.

Respectfully,

Claire K. Tuck

CKT:rsc
cc:  Honorable Esther Salas
     P. Fishman (counsel for plaintiffs) (by fax)
     D. Carmagnola (counsel for defendants Rosenstein, Rose, Palermo, Marketti and Wade (except in her capacity as a CWA Executive Board member)) (by fax)

SO ORDERED: [signature]
DATED: 6/13/08