UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------------x
CARLA KATZ,                            :
                                       :
              Plaintiff,               :  Civil Action No.: 08-cv-2395 (PGS/ES)
                                       :
        v.                             :
                                       :
COMMUNICATION WORKERS OF AMERICA,      :  **STIPULATION AND ORDER**
AFL/CIO, CLC; CHRISTOPHER SHELTON;     :  **EXTENDING PLAINTIFF'S**
ROBERT MASTER; LARRY COHEN;            :  **TIME TO REPLY TO**
BARBARA EASTERLING; JEFFREY            :  **DEFENDANTS'**
RECHENBACH; HETTY ROSENSTEIN;          :  **MOTIONS TO DISMISS**
CAROLYN WADE; JOHN ROSE; JAMES         :
MARKETTI; THOMAS PALERMO; DAVID A.     :
PALMER; PETER G. CATUCCI; NOAH         :
SAVANT; SETH ROSEN; ANDY MILLBURN;     :
ANNIE HILL; ANTHONY BIXLER; JIM        :
SHORT; PATRICIA FRIEND; RALPH MALY;    :
JIM CLARK; WILLIAM J. BOARMAN;         :
BROOKS W. SUNKETT; JOHN S. CLARK;      :
LINDA FOLEY; JIMMY GURGANUS; NESTOR    :
SOTO; CLAUDE CUMMINGS; AND             :
MADELYN ELDER,                         :
                                       :
              Defendants.              :
                                       :
---------------------------------------x

It is hereby stipulated and agreed by and between the undersigned counsel that the time within which plaintiff may file her response to defendants' motions to dismiss is extended as follows:

(1) Plaintiff's brief in opposition shall be due on or before October 27, 2008;

(2) Defendants' reply brief shall be due on or before November 10, 2008;

(3) The new return date of the motions to dismiss shall be November 17, 2008.

651086.1

Dated: Newark, New Jersey
October 2, 2008

| | |
|---|---|
| FRIEDMAN KAPLAN SEILER & ADELMAN LLP<br><br>By: *[signature]*<br>Harvey Weissbard<br>One Gateway Center, 25th Floor<br>Newark, New Jersey 07102-5311<br>(973) 877-6400<br>pfishman@fklaw.com<br><br>*Counsel to Plaintiff Carla Katz* | COHEN, WEISS and SIMON LLP<br><br>By: *[signature]*<br>Stephen B. Moldof<br>330 West 42nd Street<br>25th Floor<br>New York, New York 10036<br>(212) 563-4100<br>smoldof@cwsny.com<br><br>*Counsel to Defendants Communication Workers Of America, AFL/CIO, CLC; Christopher Shelton; Robert Master; Larry Cohen; Barbara Easterling; Jeffrey Rechenbach; Carolyn Wade; David A. Palmer; Peter G. Catucci; Noah Savant; Seth Rosen; Andy Millburn; Annie Hill; Anthony Bixler; Jim Short; Patricia Friend; Ralph Maly; Jim Clark; William J. Boarman; Brooks W. Sunkett; John S. Clark; Linda Foley; Jimmy Gurganus; Nestor Soto; Claude Cummings; and Madelyn Elder* |
| CARMAGNOLA & RITARDI, LLC<br><br>By: *[signature]*<br>Domenick Carmagnola<br>60 Washington Street<br>Morristown, New Jersey 07960<br>(973) 267-4445<br>dcarmagnola@cr-law.net<br><br>*Counsel to Defendants Hetty Rosenstein; Carolyn Wade; John Rose; James Marketti; Thomas Palermo* | |

SO ORDERED

*[signature]*
~~Esther Salas~~ District
United States ~~Magistrate~~ Judge    10/10/08

651086.1