# COHEN, WEISS AND SIMON LLP
### COUNSELLORS AT LAW
330 WEST 42ND STREET

NEW YORK, N.Y. 10036-6976

(212) 563-4100

BRUCE H. SIMON
ROBERT S. SAVELSON
STEPHEN B. MOLDOF
MICHAEL E. ABRAM
KEITH E. SECULAR
PETER HERMAN
RICHARD M. SELTZER
JAMES L. LINSEY*
JANI K. RACHELSON
BABETTE CECCOTTI*
SUSAN DAVIS*
MICHAEL L. WINSTON
THOMAS N. CIANTRA
JOSEPH J. VITALE*
PETER D. DECHIARA
LISA M. GOMEZ*
BRUCE S. LEVINE
JAMES R. GRISI*
ELIZABETH O'LEARY
TRAVIS M. MASTRODDI
MANLIO DIPRETA

SAMUEL J. COHEN (1908-1991)
HENRY WEISS (1910-2004)

COUNSEL

STANLEY M. BERMAN

EYAD ASAD
ROBIN H. GISE
ORIANA VIGLIOTTI
DAVID R. HOCK*
CLAIRE TUCK*
BRADLEY J. SOLLARS
RICHARD C. HARMON
MARCELLE J. HENRY
EVAN HUDSON-PLUSH

* ALSO ADMITTED IN NJ

November 24, 2008

SO ORDERED: /s/ Peter G. Sheridan
DATED: 11/24/08

By Electronic Case Filing

The Honorable Peter G. Sheridan U.S.D.J.
United States District Court
Martin Luther King, Jr. Federal Building and U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re: Katz v. Communication Workers of America, AFL/CIO, CLC et al., Case No. 2:08-cv-02395 (PGS/ES)

Dear Judge Sheridan:

This firm represents defendants Communications Workers of America, AFL-CIO, CLC and most of the individual defendants in the above-referenced matter. We write regarding the motion hearing currently scheduled for December 1, 2008 at 2:00 pm, regarding defendants' pending motions to dismiss the Second and Third Causes of Action in the First Amended Complaint. Counsel for all parties have conferred and agree they believe there is no need for a hearing on these motions and consent to cancellation of the December 1, 2008 motion hearing.

Thank you for your consideration of this request.

Respectfully submitted,

/s/ Claire K. Tuck

Claire K. Tuck
Stephen B. Moldof

cc: Paul J. Fishman
    Dominick Carmagnola